IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

AMERICAN HOME ASSURANCE COMPANY :
: Case No: 2:16-cv-01065-DSC
:
Plaintiff, :
:
v. :
:
SUPERIOR WELL SERVICES, INC. :
:
:
Defendant. :
:

## MOTION TO REINSTATE
## DECLARATORY JUDGMENT ACTION

Plaintiff American Home Assurance Company ("American Home") hereby moves to set aside the September 9, 2016 Order closing the above-captioned case for statistical purposes, and requests that this Court reinstate this Declaratory Judgment Action for all purposes and return the case to active status. This request is made based on an order entered by the Bankruptcy Court in the Superior Well Services bankruptcy proceeding, granting American Home relief from the automatic stay. In support of this motion, American Home avers as follows:

1. The Declaratory Judgment Complaint in this action was filed on July 20, 2016 in the Western District of Pennsylvania to address a coverage dispute between American Home and its insured, Superior Well Services, Inc. (hereinafter the "Coverage Action").

2. On August 30, 2016, Defendant Superior Well Services filed a "Suggestion of Bankruptcy," based on the Chapter 11 bankruptcy proceeding that had been instituted by the Defendant's corporate parent in the U.S. Bankruptcy Court for the Southern District of Texas,

1

Houston Division, captioned *In Re CJ Holding Co., et al.*, Case No. 16-33590 (S.D. Tex.) (the "Bankruptcy Action").

3.  On September 1, 2016, this Court entered an Order for Statistical Closing, based upon the notice of bankruptcy filing in conformance with the automatic stay imposed as a result of the Bankruptcy Action. This order stated that "[n]othing in this order shall be construed as a final dismissal or disposition of this case and further proceedings may be initiated by any party if appropriate."

4.  The Bankruptcy Court, thereafter, entered the attached order, granting American Home relief from the automatic stay. *See* Exhibit A hereto. This order specifically provided that "American Home shall be permitted to continue the prosecution of the Coverage Action in the Western District of Pennsylvania, through final conclusion, whether by motion, trial, settlement or appeal, and without the need for any further orders from this Court."

5.  The parties thereafter engaged in discussions to determine whether their dispute could be resolved amicably. However, following such discussions, the parties have been unable to reach an amicable resolution, and American Home requests that this Court enter the proposed order reinstating its Declaratory Judgment action.

WHEREFORE, Plaintiff American Home respectfully requests that this Court enter an Order reinstating this Declaratory Judgment Action and directing the Clerk to return this case to active status.

Date: February 7, 2018

                                      Respectfully Submitted

                                      AMERICAN HOME ASSURANCE COMPANY

                                      By: /s/ Susan M. Kennedy
                                              Joseph G. Grasso
                                              Susan M. Kennedy
                                              WIGGIN AND DANA, LLP
                                              Two Liberty Place
                                              50 S. 16th Street, Suite 2925
                                              Philadelphia, PA 19102
                                              jgrasso@wiggin.com
                                              skennedy@wiggin.com
                                              215-988-8310

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY : | Case No: 2:16-cv-01065-DSC |
| Plaintiff, : | |
| v. : | |
| SUPERIOR WELL SERVICES, INC. : | |
| Defendant. : | |

ORDER

AND NOW, this ___ day of February, 2018, upon review of the Motion to Reinstate the Declaratory Judgment Action, and any response thereto, it is hereby ORDERED that this Declaratory Judgment Action is REINSTATED and the Clerk is directed to return this case to active status.

_____

## CERTIFICATE OF SERVICE

I, Susan M. Kennedy, hereby certify that on this 7th day of February, 2018, the foregoing motion was served upon Defendants' counsel through electronic mail and delivery through the ECF system.

    /s/ Susan M. Kennedy

# EXHIBIT A

ENTERED
04/24/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| | § | Case No. 16-33590 (DRJ) |
| CJ HOLDING CO., *et al.*, | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |

### AGREED ORDER GRANTING MOTION BY AMERICAN HOME ASSURANCE COMPANY FOR RELIEF FROM THE AUTOMATIC STAY AND/OR PLAN INJUNCTION TO PERMIT THE CONTINUATION OF A PENDING FEDERAL COURT INSURANCE COVERAGE ACTION
(Docket No. 1414)

THIS matter having come before the Court upon the Motion by American Home Assurance Company ("American Home") for relief from the automatic stay and/or the plan injunction (the "Motion") (ECF No. 1414), so as to permit the continuation of a federal court declaratory judgment action against one of the Debtors captioned as *American Home Assurance Co. v. Superior Well Services, Inc.*, Case No. 2:16-CV-01065-(DSC) (the "Coverage Action"), pending in the United States District Court for the Western District of Pennsylvania; and the Court having jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334; and due and proper notice of the Motion having been provided; and counsel for the Debtors having consented to the relief requested by the Motion as set forth in this Agreed Order; and the Court having reviewed the Motion and determined that good cause exists to grant the relief requested therein; now, therefore, it is hereby

ORDERED, that the Motion is GRANTED to the extent provided herein; and it is further

ORDERED, that, notwithstanding the automatic stay and the Plan Injunction (as defined in the Motion), American Home shall be permitted to continue the prosecution of the Coverage

6480919v.1

-2-

Action in the Western District of Pennsylvania through final conclusion, whether by motion, trial, settlement or appeal, and without the need for any further orders from this Court; and it is further

ORDERED, that nothing contained herein shall be deemed an admission of liability by the Debtors or American Home with respect to any claims or issues raised in the Coverage Action, nor a waiver of any rights, claims or defenses arising therein.

SO AGREED:

April 20, 2017

/s/ Jeffrey L. Hoffman
Jeffrey L. Hoffman, Esq.
(Texas State Bar No. 09781770)
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
909 Fannin Street, Suite 3300
Houston, TX 77010
Tel: 713-353-2024
Fax: 713-785-7780
Email: jeffrey.hoffman@wilsonelser.com

Counsel for Movant American Home
Assurance Company


/s/ Daniel B. Besikof
Bernard R. Given II
(Texas State Bar No. 07990180)
Daniel B. Besikof
(Pro Hac Vice)
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Tel: 310-282-2000
Fax: 310-282-2200
Email: bgiven@loeb.com
       dbesikof@loeb.com

Counsel for Debtors

6480919v.1

THE FOREGOING IS HEREBY SO ORDERED:

Signed: April 24, 2017.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE