IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMERICAN HOME ASSURANCE COMPANY**, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | 2:16cv1065<br>**Electronic Filing** |
| **SUPERIOR WELL SERVICES, INC.**, | ) ) | |
| Defendant | ) ) | |
| **U.S. ENERGY DEVELOPMENT CORPORATION**, | ) ) ) | |
| Intervenor Defendant | ) | |

## ORDER OF COURT

AND NOW, this 20th day of June 2019, upon consideration of Superior Well, Services, Inc.'s Motion to Compel (**Docket No. 62**), its Memorandum of Law in Support thereof, and American Home Assurance's Brief in Opposition,

IT IS HEREBY ORDERED that the Motion to Compel is **GRANTED**. American Home Assurance Company shall withdraw its objections to, and serve full and complete answers and responses and produce all documents responsive to, the following discovery requests within fourteen (14) days of the date of this Order:

(1)     Interrogatory No. 5 (relating to underwriting) of Superior Well's First Set of Interrogatories Directed to American Home; and

(2)      Request for Production Nos. 2 (relating to claims files), 3 (investigative files), 4 (underwriting files), 6 (company manuals), 8 (company manuals), 9 (underwriting manuals), 10 (company manuals), 11 (company manuals), and 12 (representations to governmental authorities)

of Superior Well's First Set of Request for Production of Documents Directed to American Home.

                                                              s/ DAVID STEWART CERCONE
                                                              David Stewart Cercone
                                                              United States District Judge

cc:    P. Brennan Hart, Esquire
       Susan M. Kennedy, Esquire
       Joseph G. Grasso, Esquire
       Michael G. Connelly, Esquire
       Robert J. Lane, Jr., Esquire
       William A. Ciszewski, Esquire

       (*Via CM/ECF Electronic Mail*)